

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

October 9, 2023

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Freedom Mortgage Corporation vs. Brian T. Meurer and Lorraine S. Meurer, et al.
Civil Action No.  19-cv-01497

Dear Judge Chen:

    Please accept this letter and Plaintiff's Affidavit of Mailing of the 90 Day Notice as Plaintiff's proof of compliance with New York RPAPL 1304. The Affidavit is submitted in compliance with Your Honor's Order of September 29, 2023. (EFC Document 40). Plaintiff's Affidavit of Mailing was originally sought as a supplement to the Objection to the Recommendation and Report (EFC Document 39), but was received after the deadline date for the filing of the Objection.

    It is respectfully submitted that Plaintiff's Affidavit of Mailing of the 90 Day Notice provides proof of compliance with the notice requirement of RPAPL 1304, and Plaintiff requests leave to renew its Motion for Default Judgment as contemplated in Your Honor's Order. (EFC Document 40).

    Thank you for your time and consideration in this matter.

Respectfully,

By:  /s/ Tracy M. Fourtner
      Tracy M Fourtner, Esq.